UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of October, two thousand twenty-four,

Marianne Nestor Cassini,

    Plaintiff - Appellant,

Oleg Cassini, Inc., Cassini Parfums Ltd., Gemeaux Ltd.,

    Plaintiffs,

v.

County of Nassau, Brian Curran, in his official capacity as Nassau County Public Administrator, Jeffrey Deluca, Kenneth Mahon, Margaret C. Reilly, Rosalia Baiamonte, Jeffrey Miller, William Doyle Galleries, INC., Joseph Fucito, AKA Kings County Sherriff, In his official capacity as New York City Sheriff, John and Jane Doe 1-10, James Dzurends, In his office official capacity as Nassau County Sheriff,

    Defendants - Appellees.

**ORDER**
Docket No. 24-2444

A notice of appeal was filed on September 11, 2024. The Appellant's Acknowledgment and Notice of Appearance Form due October 2, 2024 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 30, 2024 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

