# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-five.

Before:      José A. Cabranes,
                    *Circuit Judge.*

---

Marianne Nestor Cassini,

       Plaintiff - Appellant,                  **ORDER**

 v.                                           Docket No. 24-2444

County of Nassau, Brian Curran, in his official capacity as Nassau County Public Administrator, Jeffrey Deluca, Kenneth Mahon, Margaret C. Reilly, Rosalia Baiamonte, Jeffrey Miller, William Doyle Galleries, INC., Joseph Fucito, AKA Kings County Sherriff, In his official capacity as New York City Sheriff, John and Jane Doe 1-10, James Dzurends, In his office official capacity as Nassau County Sheriff,

       Defendants - Appellees.

---

Appellees move for the removal of this matter from the Expedited Appeals Calendar.

IT IS HEREBY ORDERED that the motions are GRANTED, absent opposition.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

