UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------X
MARIANNE NESTOR CASSINI,

                    Plaintiff-Appellant,

OLEG CASSINI, INC., CASSINI PARFUMS, LTD.,
and GEMEAUX, LTD.,

                    Plaintiffs,

   -against-

COUNTY OF NASSAU, BRIAN CURRAN, in his
official capacity as NASSAU COUNTY PUBLIC
ADMINISTRATOR, JEFFREY DELUCA, KENNETH
MAHON, MARGARET C. REILLY, ROSALIA
BAIAMONTE, JEFFREY MILLER, WILLIAM
DOYLE GALLERIES, INC., JOSEPH FUCITO, in his
official capacity as NEW YORK CITY SHERIFF, JOHN
and JANE DOE 1-10, and JAMES DZURENDS, in his
official capacity as NASSAU COUNTY SHERIFF,

                    Defendants-Appellees.
------------------------------------------------------------------X

Docket No. 24-2444

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU     )

      Diane Smith, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in Nassau County, New York; and

      On September 10, 2025, I served a true and correct copy of the DECLARATION OF JEFFREY A. MILLER, ESQ. IN OPPOSITION TO APPELLANT'S MOTION TO FILE OVERSIZED BRIEF by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York upon:

      Marianne Nestor Cassini
      15 East 63rd Street
      New York, New York 10065

                                                    _____
                                                    Diane Smith

Sworn to before me this
10th day of September, 2025

_____
Notary Public

SUSAN M. GROSS
NOTARY PUBLIC, State of New York
No. 01GR0002739
Qualified in Queens County
Commission Expires March 10, 20__