# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-five.

Before:     Richard J. Sullivan,
                *Circuit Judge.*

---

Marianne Nestor Cassini,

        Plaintiff - Appellant,

Oleg Cassini, Inc., Cassini Parfums Ltd., Gemeaux Ltd.,

        Plaintiffs,

v.

County of Nassau, Brian Curran, in his official capacity as Nassau County Public Administrator, Jeffrey Deluca, Kenneth Mahon, Margaret C. Reilly, Rosalia Baiamonte, Jeffrey Miller, William Doyle Galleries, Inc., Joseph Fucito, AKA Kings County Sherriff, In his official capacity as New York City Sheriff, John and Jane Doe 1-10, James Dzurends, In his office official capacity as Nassau County Sheriff,

        Defendants - Appellees.

**ORDER**

Docket No. 24-2444

---

Appellant, pro se, moves the Court to accept her oversized reply brief of 23,405 words.

IT IS HEREBY ORDERED that the motion is DENIED. However, Appellant is permitted to file a reply brief of up to 10,000 words.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

